FILED
2019 MAR 27 PM 2: 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:19 CR 177 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| ROGER D. ROBERTS, | ) | Sections 922(g)(1), (j), 924(a)(2), |
| | ) | and (c)(1)(A); Title 21, United |
| Defendant. | ) | States Code, Sections 841(a)(1) |
| | ) | and (b)(1)(C) |
| | ) | |

JUDGE POLSTER

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1.  On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Trafficking in Cocaine, in Case Number 2010-01-0114, in Summit County, Ohio, Common Pleas Court on or about April 4, 2011, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus, model PT 111, 9 mm, serial number TVL13443, and ammunition, to wit: seven rounds of Winchester brand, 9 mm ammunition, said firearm and ammunition having been shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2
(Possession of Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2))

The Grand Jury further charges:

2. On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS possessed, concealed, and disposed of a stolen firearm, to wit: a Taurus, model PT 111, 9 mm, serial number TVL13443, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT 3
(Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 6
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

7. On or about September 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROGER D. ROBERTS, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those being, Possession with Intent to Distribute Cocaine Base in Count 3, Possession with Intent to Distribute Heroin in Count 4, Possession with Intent to Distribute Fentanyl in Count 5, and Possession with Intent to Distribute

Cocaine in Count 6, did knowingly possess a firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) / Title 28, United States Code, Section 2461(c) (firearms offenses), the allegations of Counts 1 through 7, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant ROGER D. ROBERTS shall forfeit to the United States: any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the drug offenses; any and all of the defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses; and, any and all firearms and ammunition involved in or used in the commission of the firearms offenses.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.